**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Allison Veronica Collins                                    Case Number: 04-37747
                                                                                       Chapter :  13

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                **Amount of Dividend**
**Allison Veronica Collins**                                         $ 170.02
**3750 King and Queen Drive**
**Richmond, VA  23223**


**Dated: May 27, 2010**                                            \S\ Robert E. Hyman
                                                                                    _____
                                                                                    **(Signature of Trustee)**

                                                                                    **Robert E. Hyman**
                                                                                    **Standing Chapter 13 Trustee**
                                                                                    **P.O. Box 1780**
                                                                                    **Richmond, VA. 23218-1780**